**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

ANTHONY JASON VERALDI  Case No. 8:23-bk-03080-CPM
Debtor  Chapter 7
_____/

MARY IDA TOWNSON
United State Trustee for Region 21,
Plaintiff,

v.  Adv. Proc. No. 8:24-ap-00132-CPM

ANTHONY JASON VERALDI,
Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, ANTHONY JASON VERALDI, by and through the undersigned counsel, hereby files this *Answer and Affirmative Defenses* in response to Plaintiff's *United States Trustee Complaint Objecting to the Entry of the Debtor's Discharge* ("Complaint"). In support thereof, Defendant states as follows:

1. Admitted for jurisdictional purposes only, otherwise denied.

2. Admitted for jurisdictional purposes only, otherwise denied.

3. Admitted for jurisdictional purposes only, otherwise denied.

4. Admitted for jurisdictional purposes only, otherwise denied.

5. Admitted for jurisdictional purposes only, otherwise denied.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted in Part and Denied in Part. Admitted as to the amounts listed in the petition, otherwise denied.

18. Admitted in Part and Denied in Part. Admitted as to the creditors listed on Schedule D, otherwise denied.

19. Denied.

20. Admitted.

21. Admitted.

22. Defendant is without sufficient knowledge, information, or belief, therefore denied.

23. Admitted.

24. Admitted.

25. Admitted.

26. Denied.

27. Admitted.

28. Admitted.

29. Admitted.

30. Denied.

31. Admitted.

32. Admitted.

33. Admitted.

34. Denied.

35. Admitted.

36. Admitted.

37. Admitted.

38. Defendant is without sufficient knowledge, information, or belief, therefore denied.

39. Defendant is without sufficient knowledge, information, or belief, therefore denied.

40. Admitted in Part and Denied in Part. Admitted that Debtor's interest in WFH&B was not disclosed in Schedule A/B Sec. 3.1, denied as to any inference that the ownership interest was not disclosed in the petition. Debtor disclosed his ownership interest in WFH&B in the Voluntary Petition, Secs. 2 & 12 and in the SOFA, Sec. 27.

41. Defendant is without sufficient knowledge, information, or belief, therefore denied.

42. Defendant is without sufficient knowledge, information, or belief, therefore denied.

43. Defendant is without sufficient knowledge, information, or belief, therefore denied.

44. Admitted.

45. Defendant is without sufficient knowledge, information, or belief, therefore denied.

46. Denied.

47. Defendant is without sufficient knowledge, information, or belief, therefore denied.

48. Defendant is without sufficient knowledge, information, or belief, therefore denied.

49. Admitted.

50. Admitted.

51. Defendant is without sufficient knowledge, information, or belief, therefore denied.

52. Denied.

53. Defendant is without sufficient knowledge, information, or belief, therefore denied.

54. Defendant is without sufficient knowledge, information, or belief, therefore denied.

55. Admitted.

56. Denied.

57. Admitted.

58. Defendant is without sufficient knowledge, information, or belief, therefore denied.

59. Defendant is without sufficient knowledge, information, or belief, therefore denied.

60. Defendant is without sufficient knowledge, information, or belief, therefore denied.

61. Admitted.

62. Defendant is without sufficient knowledge, information, or belief, therefore denied.

63. Admitted.

64. Admitted.

65. Defendant is without sufficient knowledge, information, or belief, therefore denied.

66. Admitted.

67. Defendant is without sufficient knowledge, information, or belief, therefore denied.

68. Defendant is without sufficient knowledge, information, or belief, therefore denied.

69. Defendant is without sufficient knowledge, information, or belief, therefore denied.

70. Defendant is without sufficient knowledge, information, or belief, therefore denied.

71. Admitted.

72. Denied.

73. Denied.

74. Defendant is without sufficient knowledge, information, or belief, therefore denied.

75. Defendant is without sufficient knowledge, information, or belief, therefore denied.

76. Defendant is without sufficient knowledge, information, or belief, therefore denied.

77. Defendant is without sufficient knowledge, information, or belief, therefore denied.

78. Defendant is without sufficient knowledge, information, or belief, therefore denied.

79. Defendant is without sufficient knowledge, information, or belief, therefore denied.

80. Denied.

81. Defendant's prior responses to the realleged paragraphs are hereby reincorporated as if fully set forth herein.

82. Admitted for jurisdictional purposes only, otherwise denied.

83. Defendant is without sufficient knowledge, information, or belief, therefore denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. Defendant's prior responses to the realleged paragraphs are hereby reincorporated as if fully set forth herein.

90. Admitted for jurisdictional purposes only, otherwise denied.

91. Defendant is without sufficient knowledge, information, or belief, therefore denied.

92. Defendant is without sufficient knowledge, information, or belief, therefore denied.

93. Denied.

94. Denied.

95. Denied.

96. Admitted.

97. Denied.

98. Denied.

99. Denied.

100. Defendant's prior responses to the realleged paragraphs are hereby reincorporated as if fully set forth herein.

101. Admitted for jurisdictional purposes only, otherwise denied.

102. Defendant is without sufficient knowledge, information, or belief, therefore denied.

103. Denied.

104. Denied.

105. Denied.

106. Defendant's prior responses to the realleged paragraphs are hereby reincorporated as if fully set forth herein.

107. Admitted for jurisdictional purposes only, otherwise denied.

108. Defendant is without sufficient knowledge, information, or belief, therefore denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

113. Denied.

114. Denied.

115. Admitted.

116. Admitted.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

## GENERAL DENIAL

122. To the extent not expressly admitted to herein, Defendant generally denies any and all allegations contained within the Plaintiff's Complaint and demands strict proof thereof.

## FIRST AFFIRMATIVE DEFENSE

123. Plaintiff has failed to state a cause of action. The Complaint does not set forth the requisite facts to support each of the four Counts alleged.

WHEREFORE Defendant respectfully requests the Court deny the relief requested by Plaintiff's Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before June 20, 2024, a true and correct copy of the foregoing was served upon the following parties by CM/ECF electronic mail to: Teresa M. Door, Esq. at teresa.dorr@usdoj.gov.

/s/ Jay Weller
Jay M. Weller, Esq.
Florida Bar No. 985856
WELLER LEGAL GROUP, P.A.
25400 U.S. 19 N., Ste. 150
Clearwater, FL 33763
T: (727) 539-7701
E: jweller@wellerlegalgroup.com