

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/05/2024 10:30 AM

COURTROOM  8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:23-bk-03080-CPM** | **Chapter 7** | **04/22/2024** |
| **ADVERSARY:**  8:24-ap-00132-CPM | | **Pltf Atty:** Teresa Marie Dorr |
| | | **Dft Atty:** Jay M Weller |
| **DEBTOR:** | Anthony Jason Veraldi | |

**HEARING:**

United States Trustee v. Veraldi

Pretrial / Status Conference (Answer Doc. 7)

**APPEARANCES:**:
AAPPEARANCES: via zoom: Teresa Dorr, Kenneth Case

**RULING:**
Pretrial / Status Conference (Answer Doc. 7)

  ...Court to set Trial for 2/7/2025 at 9:30 am. [1 Day] - Case Manager to prepare Order Scheduling Trial...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.